| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>DISABLED ADVOCACY GROUP, APLC |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone: (530) 895-3252<br>Fax: (530) 894-8244 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES SANFORD,

    Plaintiff,

v.

HOLLYWOOD VIDEO ENTERTAINMENT CORPORATION, et al.,

    Defendants.

_____/

Case No. 2:06-cv-02288-MCE-GGH

**REQUEST FOR DISMISSAL AND ORDER THEREON**

TO THE COURT AND ALL PARTIES:

    Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)(a), and a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Hollywood Entertainment Corporation dba Hollywood Video #005562; 5714-18 Elmer Avenue Apartments-DE, LLC; 5722-28 Elmer Avenue Apartments-DE, LLC; 7340 Variel Apartments-DE, LLC; CG Dickens/Victory Apartments-DE, LLC; Kaufman Bloomfield Properties-DE, LLC; Oxnard Hazeltine Apartments-DE, LLC, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2007 | DISABLED ADVOCACY GROUP, APLC |
| 2 | | /s/ Lynn Hubbard III |
| 3 | | LYNN HUBBARD, III |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: April 30, 2007 | CURIALE DELLAVERSON HIRSCHFELD & |
| 7 | | KRAEMER |
| 8 | | |
| 9 | | /s/ Dena Narbaitz |
| 10 | | DENA NARBAITZ |
| 11 | | Attorney for Defendant Hollywood |
| 12 | | Entertainment Corporation |
| 13 | | |
| 14 | Dated: May 10, 2007 | KING CORRADO & JACK, LLP |
| 15 | | |
| 16 | | |
| 17 | | /s/ Adrianna Corrando |
| 18 | | ADRIANNA CORRADO |
| 19 | | Attorney for Defendants 5714-18 Elmer |
| 20 | | Avenue Apartments-DE, LLC; 5722-28 Elmer |
| 21 | | Avenue Apartments-DE, LLC; 7340 Variel |
| 22 | | Apartments-DE, LLC; CG Dickens/Victory |
| 23 | | Apartments-DE, LLC; Kaufman Bloomfield |
| 24 | | Properties-DE, LLC; Oxnard Hazeltine |
| 25 | | Apartments-DE, LLC |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:06-CV-02288-MCE-GGH, is hereby dismissed with prejudice.

Dated: May 14, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE